## 67936. ALONSO v. PARFET.
(331 SE2d 119)

Birdsong, Presiding Judge.

Our judgment in *Alonso v. Parfet*, 171 Ga. App. 74 (318 SE2d 696) has been reversed on certiorari by the Supreme Court in *Alonso v. Parfet*, 253 Ga. 749 (325 SE2d 152). In conformity with the mandate of the opinion by the Supreme Court, our decision is hereby vacated and the opinion and judgment of the Supreme Court is made our own. Accordingly the judgment of the trial court is reversed.

*Judgment reversed. Carley and Beasley, JJ., concur.*

Decided April 1, 1985.

*John W. Bonds, Jr., Thomas A. Varlan*, for appellant.
*James M. Koelemay, Jr., Matthew H. Patton*, for appellee.